UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERKINS,

Plaintiff,

-against-

LOPEZ et al.,

Defendants.

No. 25-CV-3955

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Enclosed is a *Valentin* Order, a docket sheet and the significant documents docketed in *Perkins v. Lopez et al*. It came to the Court's attention that these documents were not received by the Attorney General's Office ("OAG") and that OAG likely has no knowledge of them as no one from the office has appeared in the case. The Clerk of the Court is directed to mail this Order and the appended documents to the Office of the New York State Attorney General, Managing Attorney's Office, 28 Liberty Street, 16th Floor, New York, New York 10005. OAG is directed to respond by November 23, 2026. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at the address listed on ECF

Dated: November 4, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

ECF,PRO−SE,R33.2

# U.S. District Court
# Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:25−cv−03955−NSR

Perkins Jr. v. Lopez et al
Assigned to: Judge Nelson Stephen Roman
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/06/2025
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Timmy L. Perkins Jr.** represented by **Timmy L. Perkins Jr.**
24B4740
Fishkill Correctional Facility
271 Matteawan Road
PO Box 1245
Beacon, NY 12508
PRO SE

V.

**Defendant**

**C.O. Lopez**

**Defendant**

**Sgt. Yahm**

**Defendant**

**Lt. F. Carbone**

**Defendant**

**Nurse Doe**

**Defendant**

**Supt. M. Daye**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2025 | 1 | COMPLAINT against F. Carbone, M. Daye, Lopez, Nurse Doe, Yahm. Document filed by Timmy L. Perkins Jr...(nb) (Entered: 05/14/2025) |
| 05/06/2025 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Timmy L. Perkins Jr...(nb) (Entered: 05/14/2025) |
| 05/06/2025 | | Case Designated ECF. (nb) (Entered: 05/14/2025) |
| 05/06/2025 | 3 | |

| | | |
|---|---|---|
| | | PRISONER AUTHORIZATION. Document filed by Timmy L. Perkins Jr...(nb) (Entered: 05/14/2025) |
| 05/06/2025 | 4 | APPLICATION for the Court to Request Counsel. Document filed by Timmy L. Perkins Jr...(nb) (Entered: 05/14/2025) |
| 05/14/2025 | 5 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (nb) (Entered: 05/14/2025) |
| 05/14/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(nb) (Entered: 05/14/2025) |
| 05/14/2025 | | NOTICE OF CASE REASSIGNMENT − SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 05/14/2025) |
| 05/15/2025 | | MAILING RECEIPT: Document No: 5. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (mjy) (Entered: 05/15/2025) |
| 05/16/2025 | 6 | ORDER DIRECTING PRISONER AUTHORIZATION: Plaintiff is directed to submit a completed and signed Prisoner Authorization Form to this Court's *Pro Se* Office within thirty (30) days of the date of this Order. The Clerk of Court is directed to assign this matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444−45 (1962). Prisoner Authorization Form due by 6/16/2025. (Signed by Judge Laura Taylor Swain on 5/16/2025) (nb) (Entered: 05/16/2025) |

| | | |
|---|---|---|
| 05/19/2025 | | Received returned mail re: 5 Standing Order re Cases Filed By Pro Se Plaintiffs. Mail was addressed to Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508 and was returned for the following reason(s): Not deliverable as addressed. (mjy) (Entered: 05/19/2025) |
| 05/19/2025 | | MAILING RECEIPT: Document No: 6. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (nb) (Entered: 05/19/2025) |
| 05/19/2025 | | MAILING RECEIPT: Document No: 6. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (kma) (Entered: 05/19/2025) |
| 06/17/2025 | 7 | LETTER addressed to Judge Laura Taylor Swain from Timmy L. Perkins Jr. dated 6/8/2025 re: Request for leave to amend. Document filed by Timmy L. Perkins Jr..(tro) (Entered: 06/18/2025) |
| 06/17/2025 | 8 | PRISONER AUTHORIZATION. Document filed by Timmy L. Perkins Jr..(ar) (Entered: 06/20/2025) |
| 06/23/2025 | 9 | ORDER GRANTING IFP APPLICATION IN PRISONER CASE: Plaintiff's application for leave to proceed without prepayment of fees is granted. A prisoner bringing a civil action is required to pay the full $350 filing fee even when proceeding *in forma pauperis* (IFP), that is, without prepayment of fees.... The Court must collect, when funds exist in a prisoner's account, an initial partial filing fee plus monthly payments.... Accordingly, the Clerk of the Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of the Plaintiff.... The Clerk of the Court is also directed to send a copy of this order to Plaintiff and note service on the docket.... (Signed by Judge Laura Taylor Swain on 6/23/2025) (sac) (Main Document 9 replaced on 8/7/2025) (nb). (Entered: 06/23/2025) |
| 06/24/2025 | | MAILING RECEIPT: Document No: 9. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (kma) (Entered: 06/24/2025) |
| 08/06/2025 | | Case Designated Local Rule 33.2. (jjg) (Entered: 08/06/2025) |
| 08/07/2025 | | Mailed a copy of 9 Order Granting IFP Application in Prisoner Case to the Superintendent of the Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (nb) (Entered: 08/07/2025) |
| 08/07/2025 | | Mailed a copy of 9 Order Granting IFP Application in Prisoner Case,,, to Superintendant of the Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508..(nb) (Entered: 08/07/2025) |
| 08/08/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Nelson Stephen Roman. Judge Laura Taylor Swain is no longer assigned to the case. (vba) (Entered: 08/08/2025) |
| 08/08/2025 | | Magistrate Judge Andrew E. Krause is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vba) (Entered: 08/08/2025) |
| 08/11/2025 | 11 | |

| | | |
|---|---|---|
| | | ORDER OF SERVICE: The Court directs the Clerk of Court to mail an information package to Plaintiff. The Court denies Plaintiff's application for the court to request pro bono counsel (ECF 4) without prejudice to Plaintiff's filing another such application in this action at a later date. The Court also directs the Clerk of Court to: (1) issue summonses for Defendants Lopez, Yahm, Carbone, and Daye; (2) complete USM−285 forms for Defendants Lopez, Yahm, Carbone, and Daye; and (3) deliver all documents necessary to effect service of summonses and the complaint on Defendants Lopez, Yahm, Carbone, and Daye to the USMS. The Court further directs Defendants Lopez, Yahm, Carbone, and Daye to comply with Local Civil Rule 33.2 within 120 days of the date of service of a summons and the complaint. The Court additionally directs the Clerk of Court to mail a copy of this order and a copy of the complaint to the Attorney General of the State of New York, at 28 Liberty Street, New York, New York 10005. An amended complaint form is attached to this order. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 8/11/2025) (sgz) Transmission to Pro Se Assistants for processing. (Entered: 08/12/2025) |
| 08/13/2025 | | MAILING RECEIPT: Document No: 11. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (Entered: 08/13/2025) |
| 08/13/2025 | 12 | SUMMONS ISSUED as to F. Carbone, M. Daye, Lopez, Yahm. (nb) (Entered: 08/13/2025) |
| 08/13/2025 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 8/13/2025 Re: Judge Nelson Stephen Roman 11 Order of Service. The following document(s) were enclosed in the Service Package: Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s) F. Carbone, M. Daye, Lopez, Yahm. (nb) (Entered: 08/13/2025) |
| 08/13/2025 | 13 | INFORMATION PACKAGE MAILED to Timmy L. Perkins Jr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508, at, on 8/13/2025 Re: 11 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge. (nb) (Entered: 08/13/2025) |
| 08/13/2025 | | Mailed a copy of 11 Order of Service, 1 Complaint to Attorney General of the State of New York, at 28 Liberty Street, New York, New York 10005. (nb) (Entered: 08/13/2025) |
| 10/09/2025 | 14 | MEMORANDUM & ORDER denying without prejudice to renewal 4 Application for the Court to Request Counsel. Plaintiff's motion for appointment of pro bono counsel does not establish that he has attempted to seek counsel independently, with no success. Additionally, the Court is unable to conclude that Plaintiff's claims are likely to have merit at this early stage in the proceedings, although this conclusion may change as the action progresses. Plaintiff's motion for appointment of pro bono counsel is therefore DENIED without prejudice to renewal at a later stage in the proceedings. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 4. The Clerk of Court is also requested to serve a copy of this order on Plaintiff at his address listed on |

| | | |
|---|---|---|
| | | ECF and to show proof of such service. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 10/9/2025) (mml) (Entered: 10/09/2025) |
| 10/10/2025 | | MAILING RECEIPT: Document No: 14. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (kgo) (Entered: 10/10/2025) |
| 12/11/2025 | 15 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Lopez served on 12/5/2025, answer due 12/26/2025. Service was accepted by Frazier IRC 2. Document filed by Timmy L. Perkins Jr.. (ar) (Entered: 12/12/2025) |
| 12/11/2025 | 16 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. M. Daye served on 12/5/2025, answer due 12/26/2025. Service was accepted by Frazier IRC 2. Document filed by Timmy L. Perkins Jr.. (ar) (Entered: 12/12/2025) |
| 12/11/2025 | 17 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. F. Carbone served on 12/5/2025, answer due 12/26/2025. Service was accepted by Frazier IRC 2. Document filed by Timmy L. Perkins Jr.. (ar) (Main Document 17 replaced on 4/22/2026) (nb). (Entered: 12/12/2025) |
| 12/11/2025 | 18 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Yahm served on 12/5/2025, answer due 12/26/2025. Service was accepted by Frazier IRC 2. Document filed by Timmy L. Perkins Jr.. (ar) (Entered: 12/12/2025) |
| 03/30/2026 | 19 | LETTER addressed to Clerk of Court from Timmy L. Perkins Jr dated 3/18/26 re: Identifying a person, requesting search warrant. summary judgment, trial. Document filed by Timmy L. Perkins Jr. (jm) (Entered: 03/31/2026) |
| 03/30/2026 | | Request for search warrant for camera footage, summary judgment and trial. (jm) (Entered: 03/31/2026) |
| 04/01/2026 | 20 | MEMO ENDORSEMENT on re: 19 Letter filed by Timmy L. Perkins Jr. ENDORSEMENT: Defendants are directed to respond to Plaintiff's request for a summary judgment briefing on or before April 10, 2026. The Clerk of Court is also requested to serve a copy of this order on Plaintiff at his address listed on ECF and to show proof of such service. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 4/1/2026) (mml) (Entered: 04/01/2026) |
| 04/01/2026 | 21 | APPLICATION for the Court to Request Pro Bono Counsel. Document filed by Timmy L. Perkins Jr.. (jjc) (Entered: 04/02/2026) |
| 04/02/2026 | | MAILING RECEIPT: Document No: 20. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (nb) (Entered: 04/02/2026) |
| 04/06/2026 | 22 | MEMORANDUM & ORDER denying without prejudice to renewal 21 Application for the Court to Request Counsel. Therefore, because the Court does not find any circumstances which warrant the appointment of pro bono counsel at this time, Plaintiff's application is DENIED without prejudice to renew at a later stage in the proceedings. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on ECF and to show service as well as terminate the motion at ECF No. 21. SO ORDERED. (Signed by Judge Nelson Stephen Roman on |

| | | |
|---|---|---|
| | | 4/6/2026) (mml) (Entered: 04/06/2026) |
| 04/07/2026 | | MAILING RECEIPT: Document No: 22. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (ml) (Entered: 04/07/2026) |
| 07/09/2026 | 23 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Timmy L. Perkins Jr...(nd) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 7/15/2026 (nd). (Entered: 07/13/2026) |
| 07/09/2026 | 24 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** DECLARATION of Timmy L. Perkins Jr. in Support re: 23 Proposed Clerk's Certificate of Default. Document filed by Timmy L. Perkins Jr...(nd) Modified on 7/15/2026 (nd). (Entered: 07/13/2026) |
| 07/15/2026 | | *****NOTICE TO FILER REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: Notice to Timmy L. Perkins Jr. RE−FILE Document No. 23 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the proof of service was not filed; Proposed Clerk's Certificate of Default was not filled out. (nd)** (Entered: 07/15/2026) |
| 07/15/2026 | | *****NOTICE TO FILER TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notice to Timmy L. Perkins Jr to RE−FILE Document 24 Declaration in Support. ERROR(S): linked to deficient filing. (nd)** (Entered: 07/15/2026) |
| 10/27/2026 | 25 | LETTER addressed to Clerk of Court from Timmy Perkins dated 10/18/2026 re: Adjournment of claims. Document filed by Timmy L. Perkins Jr...(gp) (Entered: 11/01/2026) |
| 11/02/2026 | 26 | MEMO ENDORSEMENT on re: 25 Letter filed by Timmy L. Perkins Jr. ENDORSEMENT: Defendants and the Attorney General's office are instructed to investigate these allegations and file a status report by November 16, 2026. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 11/2/2026) (jjc) (Entered: 11/02/2026) |
| 11/03/2026 | | MAILING RECEIPT: Document No: 26. Mailed to: Timmy L. PerkinsJr. 24B4740 Fishkill Correctional Facility 271 Matteawan Road PO Box 1245 Beacon, NY 12508. (tro) (Entered: 11/03/2026) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timmy L Perkins Jr
24B4740

Write the full name of each plaintiff.

No. 25 CV 3955
(To be filled out by Clerk's Office)

-against-

C. O. LOPEZ, DEFENDANT, SGT YAHM, DEFENDANT, LT. F. CARBONE, DEFENDANT, NURSE DOE, DEFENDANT, SUPT. M. DAYE DEFENDANT, COLLECTIVELY, DEFENDANTS.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

RECEIVED
MAY 06 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
C. O. LOPEZ CORRECTIONA OFFICER N/A
First Name Last Name Shield #

Current Job Title (or other identifying information)
CORRECTION OFFICER
Current Work Address
FISHKIL CORR F.C. 18 STRACK DRIVE, P.O. BOX 1245
County, City State Zip Code
BEACON, NEW N.Y. 12508

Defendant 2:
First Name Last Name Shield #
SGT. YAHM N/A
Current Job Title (or other identifying information)
SGT. SUPERVISOR
Current Work Address 1245
FISHKILL CORRECTIONAL FAC. 18 STRACK. DRIVE, P.O. BOX
County, City State Zip Code
dutchess COUNTY, N.Y. 12508

Defendant 3:
First Name Last Name Shield #
lt. f. carbone, N/A
Current Job Title (or other identifying information) 1245
FISKKILL CORRECTIONAL FAC. 18 STRACK DRIVE, P.O.
Current Work Address
FISHKILL, C.F. 18 STRACK DRIVE, P.O. BOX 1245
County, City State Zip Code
DUTCHESS COUNTY N.Y. 12508

Defendant 4:
First Name Last Name Shield #
NURSE DOE N/A N/A
Current Job Title (or other identifying information)
NURSE , P/n
Current Work Address
FISHKILL C.F. 18 STRACK DRIVE, P.O. BOX 1245
County, City State Zip Code
DUTCHESS COUNTY ny 12508

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

TIMMY PERKIN JR, 24-B-4740

PLAINTIFF,

V.

C.O. LOPEZ DEFENDANT, SGT. GREGORY YAHM, DEFENDANT, LT. F. CARBONE, DEFENDANT, NURSE DOE, DEFENDANT, SUPT. M. DAYE DEFENDANT,

COLLECTIVELY- DEFENDANTS.

CIV-COMPLAINT

42-U.S.C. 1983

JURY TRIAL DEMANDED

COMPLAINT FOR DEPRIVATION OF CIVIL RIGHTS BY DEFENDANTS(F.R.C.P. RULE 8(A), 42 u.s.c. 1983.

PLAINTIFF ALLEGES:

PLAINTIFF BRINGS THIS CIVIL ACTION AGAINST INDIVIDUALS DEFENDANTS, SUPERVISORS, LIEUTENANT, C.O., NURSE DOE, SUPT. UNDER THE CIVIL RIGHTS ACT, U.S.C. 1983, THIS HIGH COURT HAS THE JURISDICTION OVER THIS ACTION PURSANT TO 28 u.s.c.§1331,1332, AND 1343(A)(3), AND 42 U.S.C.1983. VENUE IS PROPER IN THIS DISTRICT PURSANT TO 28U.S.C. 1391. DEFENDANTS ARE SUED BOTH IN THERE INDIVIDUAL AND OFFICIAL CAPACITIES. AT ALL TIMES PERTINENT HERETO, DEFENDANTS ARE EMPLOYED BY ALBANY OFFICIALS WHO SHOULD BE SUED AS WELL, D.O.C.S. AT THE TIME OF THE ALLEGED INCIDENT AT ALL TIME PERTINET HERETO, DEFENDANTS, C.O. LOPEZ, SGT. GREGORY YAHM, LT.

Case 7:25-cv-03995-NSR Document 21 Filed 05/06/25 Page 4 of 16

F. CARBONE, NURSE DOE, SUPT. M. DAYE, ACTED UNDER COLOR OF LAW, STATE LAW. OF A STATUTE, ORDINANCE, REGULATION, CUSTOM, OR USAGE.

## PRELIMINARY STATEMENT

1. THIS IS A CIVIL RIGHTS ACTION IN WHICH THE PLAINTIFF, TIMMY PERKIN JR., SEEKS RELIEF FOR THE DEFENDANTS VIOLATION OF HIS RIGHTS SECURED BY THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C.- 1983. AND 1988, AND OF RIGHTS SECURED BY THE FOURTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION, AND OF RIGHTS SECURED UNDER THE LAWS AND CONSTITUTION OF THE STATE OF NEW YORK. THE PLAINTIFF SEEKS DAMAGES, BOTH COMPENASTORY AND PUNITIVE, AFFIRMATIVE AND EQUITABLE RELIEF, AN AWARD OF COSTS, INTEREST AND ATTORNEY'S FEES, AND SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS EQUITABLE AND JUST.

2.

## STATEMENT OF FACTS

ON OR ABOUT JANUARY 7, 2025, LOCATION OF INCIDENT, B-WEST- UNIT BED 5. I PLAINTIFF INFORMED THIS C.O. LOPEZ WHO WAS THE HOUSEING UNIT OFFICER. THAT I FEEL VERY UNSAFE IN HERE, HE STATED IN HIS OWN WORDS: I DON'T CARE GO TO FUCKING BED, HE THEN SHUT HIS CAMERA OFF. BODY CAMERA. HE THEN CAME FROM BEHIND ME PICK-ME UP AND SLAMMED ME ON THE METAL FRAME OF THE BED. CAUSEING ME TO HIT MY HEAD, BACK RIBS. HE BEGIN PUNCHING ME IN MY FACE, RIBS, AND BACK.

THEN THE NEXT DAY, ON THE 7-3 SHIFT HE LOPEX TOLD THEM TO GET ME PLAINTIFF OFF THE UNIT BECAUSE I WAS ALLEGEDLY SUCIDAL AND MYBE CRAZY. ON OR ABOUT APRIL 3, 2025, I WAS CALLED FOR AN ENTERVIEW BY SGT. YAHM AND LT. CARBONE ABOUT THE ASSAULT ON 1/7/25, I EXPAIN TO THE SGT. YAHM AND LT. CARBONE OF THE ASSAULT. ON OR ABOUT APRIL 11, 2025, SGT. G. YAHM ESCORTED PLAINTIFF TO MEDICAL, THEY FILLED OUT A INJURY REPORT AND TOOK PHOTOS AND PICTURES IN THE MEDICAL UNIT. I WAS THEN TAKEN TO AN OUT-SIDE HOSPITAL FOR FURTHER TESTS AND X-RAYS. I WAS INFORMED THAT I HAVE THE FOLL-OWING INJURYS:

BRUISED RIBS, BACK INJURY, ALLEGE INJURY TO SPINE, LARGE-BULGE ON THE RIGHT-SIDE LEG FROM THE INJURYS. PLUS MY LUNGS ARE HURTING FROM BREATHING IN BLACK-MOLD EXPOSURE IN B-WEST DORM. IN-ADDITION, FURTHER X-RAYS, OF THE MONTH APRIL BACK TO THE OUT-SIDE HOSPITAL. TIME: ON OR ABOUT 8:00, OR 12:30 P.M. I WAS TOLD THAT I MAY HAVE A **CONCUSSION.** THATS WAY IV'E BEEN HAVING HEADACHES, DIZZINESS, MEMORY LOSS AND NIGHTMARERS UNABLE TO SLEEP.

AS AND FOR A FIRST CAUSE OF ACTION
DEPRIVATION OF RIGHTS UNDER THE U.S.
CONSTITUTION AND 42 U.S.C. - 1983

THE ACTS AND CONDUCT OF THE DEFENDANT, LOPEZ WERE THE DIRECT AND PROXIMATE CAUSE OF THE INJURYS AND DAMAGE TO PLAINTIFF AND VIOLATED PLAINTIFFS RIGHTS AS GUARANTEED BY THE CONSTITUTION IN VIOLATION OF 42 U.S.C. 1983. AS A RESULT OF THE FOREGOING, PLAINTIFF WAS DEPRIVED OF HIS CIVIL RIGHTS, SUSTAINED PHYSICAL AND BODLY INJURYS, WAS SUBJECT TO GREAT HUMILIATION, AND WAS OTHERWISE HARMED, DAMAGED, AND INJURED. SGT. YAHM NEW ABOUT C.O. LOPEZ HISTORY, PROPENSITY OF VIOLENCE AGAINST INCARCERATED INDIVIDUALS. I REQUESTED FROM HIM TO MOVE TO A MORE SAFER UNIT. HE STATED YOUR GOING TO MOVE WHERE I TELL YOU TO MOVE. THEREFORE, DEFENDANT, SGT. YAHM COMMITED THE ABOVE ALLEGED UNLAWFUL ACTS.

AS AND FOR A SECOND CAUSE OF ACTION
DEPRIVATION OF RIGHTS UNDER THE U.S.
CONSTITUTION AND 42 U.S.C. - 1983.

THE ACTS AND CONDUCT OF THE DEFENDANT, LT. CARBONE WERE THE DIRECT AND PROXIMATE CAUSE OF INJURYS TO THE PLAINTIFF AND DID VIOLATED PLAINTIFFS RIGHTS AS GUARANTTEED BY THE CONSTITUTION IN VIOLATION OF 42 U.S.C.-1983. AS A RESULT OF THE FOREGOING, PLAINTIFF WAS DEPRIVED OF HIS CIVIL RIGHTS, SUSTAINED PHYSICAL AND BODLY INJURYS, WAS SUBJECT TO GREAT HUMILIATION, AND WAS OTHERWISE HARMED, DAMAGED, AND INJURED.

AS AND FOR A THIRD CAUSE OF ACTION
EIGHTH AMENDMENT: INADEQUATE MEDICAL
CARE

PLAINTIFF ALLEGE THAT AFTER HE WAS ESCORTED TO THE INFIRMARY ON 1/7/25, AFTER HE WAS ASSAULTED, A NURSE(NURSE DOE) ASKED HIM QUESTIONS AND THEN WALKED AWAY WITHOUT OFFERING ANY MEDICAL CARE EVEN THOUGH SHE KNEW THAT HE WAS IN GREAT PAIN IN HIS RIGHT LEG AN HEADACHES AND SEVERE PAIN. AND WAS TOLD TO GO SLEEP IT OFF.

**YOUR HONOR.**

PLAINTIFF ASSERT THAT A CLAIM OF INADEQUATE MEDICAL CARE RISES TO LEVEL OF A CONSTITUTIONAL VIOLATION ONLY WHERE THE FACTS ALLEGED SHOW THAT THE DEFENDANT WAS DELIBERATELY INDIFFERENT TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS. THEREFORE, NURSE DOE MUST BE HELD ACCOUNTABLE FOR HER FAILURE TO TREAT PLAINTIFF FOR HIS INJURYS.

AS AND FOR A FOURTH CAUSE OF ACTION
DEPRIVATION OF RIGHTS UNDER THE U.S.
CONSTITUTION AND 42 U.S.C.-1983.

AS AND FOR A FIFTH CAUSE OF ACTION
EXCESSIVE FORCE
UNDER THE LAWS OF THE U.S. CONSTITUTION
AND 42 U.S.C. -1983.

PLAINTIFF REPEATS AND REITERATES THE ALLEGATIONS SET FORTH IN THE FOREGOING PARAGRAPHS WITH THE SAME FORCE AND EFFECT AS THOUGH FULLY STATED HEREIN.

DEFENDANTS SUBJECTED PLAINTIFF **TIMMY PERKIN, JR.** TO FORCE IN EXCESS OF WHAT WAS REASONABLE BEYOND THE CIRCCUMSTANCES. AS A RESULT OF THE AFOREMENTIONED, PLAINTIFF TIMMY PERKIN JR. WAS UNLAWFULLY SUBJECTED TO **EXCESSIVE** FORCE IN VIOLATION OF THE LAWS OF THE UNITED STATES AND THE STATE OF NEW YORK. THAT THE ACTS AND CONDUCT ON THE PART OF THE INDIVIDUAL DEFENDANTS, INDIVIDUALLY AND COLLECTIVELY, CONSTITUTING THE **EXCESSIVE** FORCE CONSISTED IN PART OF THE FOLLOWING:

AFTER PLAINTIFF INFORMED THIS C.O. LOPEZ DEFENDANT, THAT HE FEELS **UNSAFE** IN HERE, HE STATED IN HIS OWN WORD: I DON'T CARE, GO TO BED, HE THEN SHUT HIS **BODY CAMERA** OFF. HE THEN CAME FROM BEHIND ME PICK-ME UP AND **SLAMMED** ME ON THE **METAL FRAME BED. HEAD, BACK, RIBS, FACE.** PUNCHING ME IN MY FACE, RIBS, AND BACK. REQUIRING IMMEDIATE MEDICAL ATTENTION AND CAUSING SEVERE AND PERMANENT PERSONAL INJURIES.

**AS AND FOR A SIXTH CAUSE OF ACTION**
UNDER THE LAWS OF THE U.S. CONSTITUTION
AND 42 U.S.C.-1983.

SUPT. M. DAYE DEFENDANT, IS THE **SUPERINTENDENT** OF FISHKILL C.F HE IS THE ADMINISTRTOR OF THE FACILITY DAY TO DAY **OPERATIONS.** AFTER I GOT ASSAULTED BY C.O. LOPEZ, I INFORMED THE SUPT. OF WHAT HAPPEN ON HOUSING UNIT-B-WEST-5 WITH LOPEZ, I THEN FILED A COMPLAINT WITH THE SUPT. OFFICE INFORMING HIM WHAT TOOK PLACE, HE DID NOTHING OF THE KIND TO **PROBE** THE INCIDENT.

HE IS CONSTITUTIONAL REQUIRED TO TAKE RESONABLE MEASURES TO **GUARANTEE** THE SAFETY OF ITS **INCARCERATED INDIVIDUALS.** WHEN A **JURISDICTION TAKES A PERSON OR** PERSON(S) INTO HIS/HER CUSTODY AND HOLDS HIM AGAINST HIS WILL, THE LAW HAS HELD THAT THE CONSTITUTION IMPOSES UPON IT A CORRESPONDING DUTY TO ASSUME (SOME RESPONSIBILITY FOR HIS/HER SAFETY AND GENERAL WELL BEING. THEREF-FORE, SUPT. M. DAYE DEFENDANT, IS BEING HELD RESPONSIBLE FOR LETTING, FAILURE TO TAKE ANY ACTION AGAINST HIS **EMPLOYEES AS WELL AS VIOLATEING PLAINTIFF'S CIVIL RIGHTS** UNDER COLOR OF LAW.

## ENTITLED TO RELIEF

THAT BY REASON OF THE AFORESAID, THE PLAINTIFF HAS BEEN DAMAGED IN A SUM NOT TO EXCEED ONE MILLION DOLLARES AND THAT AN AWARD OF ATTORNEY'S fees IS APPROPRIATE PURSUANT TO 42 USC§1988.

WHEREFORE, PLAINTIFF DEMANDS THE FOLLOWING: RELIEF ON ALL OF THE FOREGOING CAUSES OF ACTION, JOINTLY AND SEVERALLY AGAINST ALL OF THEDEFENDANTS:

a. COMPENSATORY DAMAGES;

B. PUNITIVE DAMAGES;

C. THE CONVENING AND EMPANELLING OF A JURY TO CONSIDER THE MERITS OF THE CLAIMS HEREIN;

D. COSTS AND INTERRST AND ATTORNEYS' FEES;

E. SUCH OTHER FURTHER RELIEF AS THIS COURT MAY DEEM APPROPRIATE AND EQUITABLE.

DATED: FISKKILL,
NEW YORK
APRIL 30, 2025

RESPECTFULLY
SUBMITTED,
BY: ______________
TIMMY PERKIN JR.
PLAINTIFF, PRO SE

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: ______________________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Timmy | L | Perkins Jr 24B4740 |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

24B4740

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

fishkill correctional facility

Current Place of Detention

P.O. Box 1245

18 [illegible] Strack Drive,

Institutional Address

| Dutchess | New York | 12508 |
|---|---|---|
| County, City | State | Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: ______________________________

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4/30/25 — Dated

[signature] 24B4740 — Plaintiff's Signature

Timmy — First Name | L — Middle Initial | Perkins Jr — Last Name

18 Strack Drive — Prison Address

Dutchess — County, City | New York — State | 12508 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 4/30/25

Timmy L Perkins Jr 24B4740
fishkill correctional facility, 18 Strack Dri
p.o. box 1245
Beacon, NY 12508-0901

RECEIVED
MAY 06 2025
PRO SE OFFICE

Clerk,
for the Southern D
Chambers of the h
United States cour
office of
500 pearl Street, N

attn: U.S. official b
attn: legal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMMY L. PERKINS JR., Plaintiff, -against- C.O. LOPEZ, et al., Defendants. | 7:25-CV-3955 (NSR) ORDER OF SERVICE |

NELSON S. ROMÁN, United States District Judge:

Plaintiff Timmy L. Perkins Jr., who is currently incarcerated in the Fishkill Correctional Facility ("Fishkill"), brings this action *pro se*, asserting claims of federal constitutional violations under 42 U.S.C. § 1983 and seeking damages and injunctive relief. He sues: (1) Fishkill Correctional Officer Lopez; (2) Fishkill Correctional Sergeant Gregory Yahm; (3) Fishkill Correctional Lieutenant F. Carbone; (4) unidentified Fishkill "Nurse Doe"; and (5) Fishkill Superintendent M. Daye.[1]

By order dated June 23, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[2] The Court directs service on Lopez, Yahm, Carbone, and Daye, and directs them to comply with Local Civil Rule 33.2. The Court also directs the Attorney General of the State of New York to provide to Plaintiff and to the Court the name and service address of the unidentified defendant ("Nurse Doe"). The Court denies Plaintiff's application for the court to request *pro bono* counsel without prejudice to Plaintiff's filing another such application in this action at a later date.

[1] Plaintiff has filed with his complaint an application for the court to request *pro bono* counsel. (ECF 4.)

[2] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

## DISCUSSION

### A. Service on Lopez, Yahm, Carbone, and Daye

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[3] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Lopez, Yahm, Carbone, and Daye through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of those defendants. The Clerk of Court is further instructed to issue a summons for each of those defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on each of those defendants.

If summonses and the complaint are not served on Lopez, Yahm, Carbone, and Daye within 90 days after the date that the summonses for those defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if he fails to do so.

---

[3] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve Lopez, Yahm, Carbone, and Daye until 90 days after the date that summonses for those defendants issue.

**B. Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires particular defendants in certain types of prisoner actions to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of service of a summons and the complaint, Lopez, Yahm, Carbone, and Daye must serve responses to those standard discovery requests. In their responses, Lopez, Yahm, Carbone, and Daye must quote each request verbatim.[4]

**C. "Nurse Doe"**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and service address. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to allow the New York State Department of Corrections and Community Supervision ("DOCCS"), which operates Fishkill, to determine the full identity and service address of the unidentified defendant, "Nurse Doe"; that person is the Fishkill nurse who, on or about January 7, 2025, in the Fishkill infirmary/medical clinic, questioned Plaintiff when he arrived there. It is therefore ordered that the Attorney General of the State of New York, who is the attorney for and agent of DOCCS, must ascertain the identity and service address of "Nurse Doe." The Attorney General must provide this information to Plaintiff and to the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individual as a defendant and providing his or her service address.

---

[4] If Plaintiff would like copies of those discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the court's Pro Se Intake Unit.

The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order directing service on the newly identified defendant and directing his/her compliance with Local Civil Rule 33.2.

**D. Application for the court to request *pro bono* counsel**

The Court must deny Plaintiff's application for the court to request *pro bono* counsel. The factors to be considered in ruling on an indigent litigant's request for *pro bono* counsel include the merits of the case, the litigant's efforts to obtain a lawyer, and the litigant's ability to gather the facts and present his case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of Plaintiff's claims, the Court denies Plaintiff's application for the court to request *pro bono* counsel without prejudice to Plaintiff's filing another such application in this action at a later date.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court denies Plaintiff's application for the court to request *pro bono* counsel (ECF 4) without prejudice to Plaintiff's filing another such application in this action at a later date.

The Court also directs the Clerk of Court to: (1) issue summonses for Defendants Lopez, Yahm, Carbone, and Daye; (2) complete USM-285 forms for Defendants Lopez, Yahm, Carbone, and Daye; and (3) deliver all documents necessary to effect service of summonses and the complaint on Defendants Lopez, Yahm, Carbone, and Daye to the USMS.

The Court further directs Defendants Lopez, Yahm, Carbone, and Daye to comply with Local Civil Rule 33.2 within 120 days of the date of service of a summons and the complaint.

The Court additionally directs the Clerk of Court to mail a copy of this order and a copy of the complaint to the Attorney General of the State of New York, at 28 Liberty Street, New York, New York 10005.

An amended complaint form is attached to this order.

SO ORDERED.

Dated: August 11, 2025
White Plains, New York

NELSON S. ROMÁN
United States District Judge

**SERVICE ADDRESSES FOR DEFENDANTS**

1. Correctional Officer Lopez
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, New York 12508-0307

2. Correctional Sergeant Gregory Yahm
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, New York 12508-0307

3. Correctional Lieutenant Carbone
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, New York 12508-0307

4. Superintendent M. Daye
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, New York 12508-0307

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____________________________________________

_____________________________________________

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

-against-

**AMENDED**

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes ☐ No

_____________________________________________

_____________________________________________

_____________________________________________

_____________________________________________

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: ______________________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

______________________________

First Name Middle Initial Last Name

______________________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

______________________________

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

______________________________

Current Place of Detention

______________________________

Institutional Address

______________________________

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________________

Case 7:25-cv-03955-NSR Document 21 Filed 10/01/25 Page 29 of 136

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 2:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 3:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: ____________________

Date(s) of occurrence: ____________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: ____________

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Timmy L. Perkins Jr. | COURT CASE NUMBER<br>25cv3955 |
| DEFENDANT<br>Lopez et al | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional Officer Lopez
ADDRESS *(Street or RFD, Apartment No. City, State and ZIP Code)*
Fishkill Correctional Facility 18 Strack Drive Beacon, New York 12508-0307

U.S. DISTRICT COURT
DEC 11 2025
S.D. OF N.Y.

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Timmy L. Perkins Jr. 24B4740<br>Fishkill Correctional Facility<br>271 Matteawan Road, PO Box 1245<br>Beacon, NY 12508 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | | 8/13/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | KRISTEN HUTCHINSON Digitally signed by KRISTEN HUTCHINSON Date 2025.08.15 12 36 12 -04'00' | 8/15/2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Frazier FRC 2 | 12/5/25 | 1030 ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | V. M #2609 |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Summons & complaint mailed on 8/15/25. No response received.

Deputy served documents on 12/5/25.

Hour - 3 x $65 = $195
Miles - 114 x $.70 = $ 79.80
$ 274.80

Form USM-285
Rev. 03/21

Case 7:25-cv-03955-NSR Document 27 Filed 12/04/25 Page 31 of 36

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Timmy L. Perkins Jr. | COURT CASE NUMBER: 25cv3955 |
| DEFENDANT: Lopez et al | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Superintendent M. Daye
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Fishkill Correctional Facility 18 Strack Drive Beacon, New York 12508-0307

U.S. DISTRICT COURT FILED DEC 11 2025 S.D. OF N.Y.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Timmy L. Perkins Jr. 24B4740
Fishkill Correctional Facility
271 Matteawan Road, PO Box 1245
Beacon, NY 12508

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | | 8/13/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | KRISTEN HUTCHINSON (Digitally signed by KRISTEN HUTCHINSON Date: 2025.08.15 12:06:58 -04'00') | 8/15/2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*If not shown above*) | Date | Time |
|---|---|---|
| Frazier IRC 2 | 12/5/25 | 1030 ☒ am ☐ pm |

| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] #2609 |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Summons & complaint mailed on 8/15/2025. No response received.

Deputy served documents on 12/5/25.

Hour - 3 x $65 = $195
Miles - 114 x $.70 = $79.80
$274.80

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Timmy L. Perkins Jr. | COURT CASE NUMBER<br>25cv3955 |
| DEFENDANT<br>Lopez et al | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional Lieutenant Carbone
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Fishkill Correctional Facility 18 Strack Drive Beacon, New York 12508-0307

COURT FILED DEC 11 2025 D. OF N.Y.

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Timmy L. Perkins Jr. 24B4740<br>Fishkill Correctional Facility<br>271 Matteawan Road, PO Box 1245<br>Beacon, NY 12508 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | | 8/13/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | KRISTEN HUTCHINSON Digitally signed by KRISTEN HUTCHINSON Date: 2025.08.15 12:05:25 -04'00' | 8/15/2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| C1 Frazier IRC2 | 12/5/25 | 10:15 ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] #26 |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Summons & complaint mailed on 8/15/25. No response received.

Deputy served documents on 12/5/25.

Hour - 3 x $65 = $195
Miles - 114 x $.70 = $79.80
$274.80

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Timmy L. Perkins Jr. | COURT CASE NUMBER: 25cv3955 |
| DEFENDANT: Lopez et al | TYPE OF PROCESS: Summons and Complaint |

U.S. DISTRICT COURT FILED DEC 11 2025 S.D. OF N.Y.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Correctional Sergeant Gregory Yahm

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: Fishkill Correctional Facility 18 Strack Drive Beacon, New York 12508-0307

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timmy L. Perkins Jr. 24B4740
Fishkill Correctional Facility
271 Matteawan Road, PO Box 1245
Beacon, NY 12508

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | [x] PLAINTIFF [ ] DEFENDANT | | 8/13/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | KRISTEN HUTCHINSON Digitally signed by KRISTEN HUTCHINSON Date: 2025.08.15 12:04:42 -04'00' | 8/15/2025 |

I hereby certify and return that I [x] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Frazier JRC 2 | 12/5/25 | 1030 [x] am [ ] pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: [signature] #2601

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Summons & complaint mailed on 8/15/25. No response received.

Deputy served documents on 12/5/25.

Hour-3 x $65 = $195
Miles-114 x $.70 = $79.80
$274.80

Form USM-285
Rev. 03/

MEMO ENDORSED

25CV.3955

To clerk of court 10.18.26

I am Unable To Have or To gain Access To The Law Libary Since 10-14-26 The facilty Has been on lock down Since 3 Inmates where killed I Have been Trying To goto The Law Libary Since 7-1-26 No callout Name not on The list To go I am unable To work on my Claim at This Time due To Not Having Access To a Type writter or To be able To Print or work on my claim I Also been sick with The flu for 2 weeks and Still do not call me To sick call even put multiple sick call Slips In To be Seen constant coughing - Sweats Sore Throat There is also No Heat In The Whole facility I am Asking The courts To grant me for a AdJournment of my claim for 90 days untill I am able To gain Access To Law Libary To be able To Mail my New Updated Amended Complaint with Evidence + Supporting Papers

Thank You

Name: Timmy Perkins
DIN: 24B4740
fisH kill Correctional facility
Beacon, N.Y. 12508

RECEIVED SDNY PRO SE OFFICE 2026 OCT 28 AM 11:25

**Defendants and the Attorney General's office are instructed to investigate these allegations and file a status report by November 16, 2026.**
**Dated: November 2, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

fishkill correctional facility
Timmy Perkins 24B474
Beacon, N.Y. 12508
P.O. box 1245
18 Stack Drive

Pro Se

HARTFORD CT 060
24 OCT 2026 PM 7 L

Thinking of You

RECEIVED 10/23/2026




2026 OCT 28
SDNY PRO SE OFFICE

To: clerk of court
united states District court
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, NY 10007

USMP3
SDNY

RECEIVED
OCT 27 2026
CLERK'S OFFICE
S.D.N.Y.

10007$1330 C099